U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 DEC 30 AM 11: 23

CLERK
BY  LAW
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| CHRISTINA RAINVILLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:20-cv-00051 |
| ) | |
| BOXER BLAKE & MOORE PLLC ) | |
| and BOXER BLAKE MOORE & ) | |
| SLUKA PLLC, ) | |
| ) | |
| Defendants. ) | |

## ENTRY ORDER
## RE: *IN CAMERA* DOCUMENT REVIEW

On October 5, 2020, the court ordered Plaintiff Christina Rainville to produce to the court all documents, correspondence, and other information in written or electronic form obtained or derived from her employment with Defendants in her possession, custody, or control. The documents in question were stored on a personal laptop which Plaintiff used for work and other purposes. That same day, the court issued a Protective Order.

On November 4, 2020, Plaintiff provided a thumb drive of the over 12,000 pages of documents to both the court and Defendants. The parties dispute the extent to which Plaintiff is entitled to use certain documents in this litigation and whether Plaintiff violated any employment policy or agreement in their retention.

In a November 18, 2020 letter to the court, Plaintiff identified certain documents which she contends are relevant to the prosecution of her claims against Defendants. With the exception of 1741-42, which Plaintiff has withdrawn, the court agrees that these documents satisfy the liberal relevance standard set forth in Fed. R. Evid. 401. The court is aware of no controlling precedent that would prohibit Plaintiff's use of and reliance on these documents in this lawsuit.

The vast majority of the remaining documents reviewed by the court (many of which are duplicates) pertain to work Plaintiff performed while employed by Defendants. There is no evidence before the court that Plaintiff's retention of these documents was in bad faith. Defendants, however, have a professional responsibility to ensure that documents relevant to Plaintiff's representation of their joint former clients are handled pursuant to a protocol that prohibits their wrongful dissemination and misuse.

To identify and narrow the category of documents that may be destroyed without prejudice to any party or to any attorney-client relationships, the court's *in camera* review has separated the documents into several categories. The court's ability to properly categorize the documents was hampered by the limited factual context in which the *in camera* review took place. Because the court examined all of the documents in Plaintiff's possession, custody, and control without reference to the subject matter, a client list, time frame, or factual or legal issue, it must await further clarification from the parties regarding their proper designation.

## I. Potential Attorney Work Product

| | | | | |
|---|---|---|---|---|
| 1-572 | 3109-24 | 4469-73 | 5525-35 | 5808-54 |
| 683-696 | 3134-3207 | 4494-4500 | 5546-51 | 5859 |
| 760-66 | 3208-17 | 4503-20 | 5554-61 | 5879 |
| 904 | 3218-3312 | 4523-24 | 5574-77 | 5887-88 |
| 999-1000 | 3397 | 4527-28 | 5583-86 | 5892 |
| 1104 | 3399 | 4531-33 | 5590-91 | 5895 |
| 1703 | 3402-25 | 4537-48 | 5604 | 5900 |
| 1731-61 | 3446-57 | 4994-97 | 5618 | 5906-08 |
| 1777-85 | 3481-98 | 5192-93 | 5620-21 | 5911-13 |
| 1879-83 | 3604-23 | 5195-97 | 5624-25 | 5914-18 |
| 1887-1909 | 3662-3703 | 5269-72 | 5630-34 | 6032-57 |
| 1924 | 3704-11 | 5274-83 | 5642-65 | 6065-66 |
| 1929 | 3728-35 | 5286-90 | 5670-72 | 6075-78 |
| 2758-2815 | 3984 | 5292-95 | 5677-81 | 6082-91 |
| 2824 | 4121-84 | 5302-07 | 5712-40 | 6091-6100 |
| 2826 | 4217-21 | 5400-04 | 5759-66 | 6104-36 |
| 2839-40 | 4223-27 | 5405-61 | 5768-72 | 6137-42 |
| 2986-3019 | 4230-65 | 5462-69 | 5777-78 | 6147-48 |
| 3020-37 | 4274-4383 | 5470-75 | 5783 | 6163-66 |
| 3040-50 | 4384-4403 | 5483-5519 | 5794 | 6171 |

| | | | | |
|---|---|---|---|---|
| 6211-16 | 7694-7700 | 8771-76 | 9340 | 10237-42 |
| 6221 | 7702-09 | 8792 | 9378-81 | 10244-51 |
| 6257 | 7721-59 | 8795-8800 | 9385-94 | 10256-57 |
| 6257 | 7761-82 | 8802-04 | 9400-02 | 10269 |
| 6263-66 | 7784-47 | 8806 | 9404-13 | 10275-76 |
| 6267-86 | 7848-61 | 8829-32 | 9414-15 | 10282-88 |
| 6309-6645 | 7863-64 | 8840-41 | 9417-19 | 10373 |
| 6648 | 7880 | 8860 | 9424-33 | 10376-88 |
| 7108-13 | 7883 | 8862 | 9439-43 | 10948-50 |
| 7115-20 | 7885 | 8864-65 | 9834-40 | 10972-99 |
| 7122-47 | 7890-91 | 8867 | 9844 | 10992- |
| 7152-64 | 7894 | 8883 | 9845 | 11011 |
| 7167-70 | 7906-07 | 8887 | 9851-58 | 11013-36 |
| 7233-38 | 7928-34 | 8893 | 9862-66 | 11041-71 |
| 7240-45 | 8005-06 | 8897 | 9868-71 | 11084-94 |
| 7248 | 8034-76 | 8901 | 9873-75 | 11127-28 |
| 7252 | 8080-81 | 8905 | 9877-78 | 11130-45 |
| 7298-7306 | 8102-06 | 8910-24 | 9885 | 11146-73 |
| 7331-35 | 8158-87 | 8934-38 | 9908 | 11609 |
| 7371-75 | 8194-8200 | 8941-42 | 9910-11 | 11613-62 |
| 7399-7400 | 8207-10 | 8954 | 9957-60 | 11668-738 |
| 7402 | 8216-18 | 8956 | 9963 | 11778 |
| 7411 | 8223-25 | 8961-62 | 9976-86 | 11786-87 |
| 7415-23 | 8226 | 8964 | 9988-94 | 11790 |
| 7426-31 | 8229-54 | 9095-98 | 9996-10001 | 11793 |
| 7489-94 | 8266-73 | 9100 | 10004-11 | 11808-13 |
| 7498-99 | 8281-83 | 9113-60 | 10023 | 11815-19 |
| 7501-03 | 8586 | 9168-69 | 10027 | 11826-29 |
| 7507-12 | 8589-97 | 9173 | 10035-36 | 11842 |
| 7517 | 8601-05 | 9182-84 | 10040-42 | 11845-53 |
| 7520-21 | 8619-24 | 9187 | 10049-53 | 11859-61 |
| 7526-28 | 8635-37 | 9191-92 | 10058-59 | 11864-65 |
| 7541-47 | 8640-45 | 9194-9200 | 10063-64 | 11872 |
| 7566-69 | 8661 | 9202-05 | 10069 | 11942-44 |
| 7571 | 8663-79 | 9207-33 | 10130-32 | 11946-57 |
| 7599-7600 | 8681 | 9234-36 | 10141-43 | 11962-64 |
| 7603 | 8684-88 | 9237-47 | 10146-68 | 11966-70 |
| 7641-42 | 8691 | 9252-53 | 10170 | 11998 |
| 7643-47 | 8694-98 | 9270-73 | 10172-78 | 12005 |
| 7655 | 8702 | 9274-77 | 10197-98 | 12007 |
| 7665-83 | 8752-53 | 9288-96 | 10201-02 | 12008 |
| 7685 | 8754-57 | 9311 | 10218 | 12018-19 |
| 7686-92 | 8763-64 | 9318 | 10230-35 | 12032 |

3

| 12071-72 | 12077    | 12410-19 | 12441-47 | 12570-71  |
| 12075    | 12079-80 | 12470-75 | 12512-26 | 12591-603 |

## II.   Potential Attorney-Client

| 1353-59 | 4499-4500 | 6263-66 | 9274-75  |
| 1361-72 | 5399      | 7064    | 9896     |
| 1509-14 | 5767      | 7209-30 | 9973-75  |
| 1516-18 | 5571      | 8102-06 | 10019    |
| 1519-42 | 5574-77   | 8793-94 | 11072-83 |
| 2343-44 | 5891      | 8957    | 11127-28 |
| 3462-71 | 5900      | 9095-98 | 11829    |
| 3473-76 | 5906-08   | 9100    | 12356    |
| 4475    | 5911-13   | 9234-36 | 12570-71 |
| 4477    | 5914-18   | 9237-47 |          |
| 4266    | 5965      | 9254    |          |

## III.   Fully or Partially Redacted/No Review Possible

| 279-699   | 5618    | 6659-60 | 8764     |
| 946       | 5632-33 | 6671    | 8889-90  |
| 1099      | 5752-55 | 6760    | 9278-87  |
| 1303-1604 | 5782    | 7036    | 9248-51  |
| 1831-67   | 5784    | 7048    | 9268-69  |
| 3314-96   | 5787    | 7087-89 | 9867     |
| 4006-79   | 5789    | 7097-98 | 9872     |
| 4410-34   | 5860-61 | 7207    | 9876     |
| 4449-64   | 5870-71 | 7307    | 9879     |
| 213-66    | 5889-90 | 7338    | 9886     |
| 5284-85   | 5893-94 | 7424    | 9957-60  |
| 5554      | 5899    | 7500    | 9963     |
| 5603      | 5909-10 | 7512    | 10318-29 |
| 5609-17   | 6311    | 7615    | 12347-55 |

## IV.   Illegible in Whole or in Part

| 4273 | 6312    | 7533-40 | 7618-28 |
| 6310 | 6653    | 7550-64 |         |
| 6311 | 7504-06 | 7573-98 |         |

## V.   Personal, Practice Development, and Interoffice Emails

| 576-74 | 598    | 609    | 703    |
| 577-83 | 600    | 611    | 709    |
| 591    | 601-02 | 619-13 | 711    |
| 585    | 603-06 | 682-78 | 712    |
| 595    | 607    | 702    | 713-52 |

| | | | |
|---|---|---|---|
| 758-53 | 945 | 1098 | 1305-07 |
| 767 | 947 | 1101-03 | 1309-51 |
| 768 | 960-57 | 1105-08 | 1360 |
| 771 | 997 | 1109-10 | 1377-84 |
| 774-72 | 998 | 1111 | 1387-89 |
| 788-75 | 1067-52 | 1294-96 | 1390-1418 |
| 826-25 | 1068 | 1297-1300 | 1423-30 |
| 938 | 1069-96 | 1301-03 | |

With regard to any document that is not categorized above, the court determined that it was not relevant to this lawsuit, did not constitute attorney work product, and did not appear to implicate an attorney-client relationship.

## ORDER

The court hereby ORDERS Plaintiff within twenty (20) days of this Entry Order to designate any further documents she wishes to retain for purposes of this lawsuit. The court hereby ORDERS Defendants within fourteen (14) days thereafter to object to Plaintiff's designations and to propose a protocol whereby the remaining documents are either retained or destroyed.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 30th day of December, 2020.

Christina Reiss, District Judge
United States District Court