UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

```
U.S. DISTRICT COURT
DISTRICT OF VERMONT
       FILED
2021 MAR 17 PM 12: 15
       CLERK
BY_____
     DEPUTY CLERK
```

| | |
|---|---|
| CHRISTINA RAINVILLE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOXER BLAKE & MOORE PLLC formerly )<br>d/b/a ELLIS BOXER & BLAKE, PLLC, and )<br>BOXER BLAKE MOORE & SLUKA PLLC )<br>)<br>Defendant. ) | Case No. 2:20-cv-0051 |

**ENTRY ORDER RE: DOCUMENT RETENTION AND DESTRUCTION AND CONFIDENTIALITY**
(Doc. 37)

Based upon the rulings the court made on the record at a March 3, 2021 hearing, the court hereby ORDERS as follows:

1. Plaintiff shall return a complete set of all emails and documents to Defendant in unredacted form without retaining copies except as otherwise permitted herein. Defendant shall arrange and pay for a courier to pick the documents up from Plaintiff's home within sixty (60) days of Plaintiff's designation as set forth in paragraph two herein. Upon confirmation of receipt of the emails and documents by Defendant, Plaintiff shall verify that she has permanently deleted all copies in her possession, custody, and control in both electronic and hard copy forms.

2. Plaintiff shall be permitted to retain and use copies of the redacted documents initially marked "relevant" in Plaintiff's November 2, 2020, correspondence to the court (documents 573-1934, except 1741-42) for purposes of this litigation only. Plaintiff has thirty (30) days to designate any additional documents relevant to her remaining claims consistent with the court's Order and Opinion dated March 12, 2021 Granting Defendant's

      Motion to Dismiss and Granting in Part and Denying in Part Plaintiff's Motions to Amend.

3. Any of the designated "relevant" documents that contain work product, attorney-client privileged, or confidential information as identified by the court's December 30, 2020 Order or as designated by any party shall be and remain redacted to eliminate non-party client names or non-party client identifiable information and shall be subject to a Confidentiality Order as follows:

    a. the documents shall be marked "CONFIDENTIAL";

    b. the CONFIDENTIAL documents shall be used for purposes of this litigation only and shall be returned to Defendant within sixty (60) days after the conclusion of the litigation or as ordered by the court, with a certification under oath by Plaintiff that all copies thereof have been destroyed and not retained.

    c. The CONFIDENTIAL documents shall be filed in the public record under seal pursuant to Local Rule 5.2; and

    d. in the course of the litigation the CONFIDENTIAL documents may only be shared with the following persons:

        i. The parties and their attorneys of record, and those support staff of attorneys who perform tasks related to the case;

        ii. witnesses at their depositions in this case;

        iii. the court and court personnel as necessary;

        iv. other individuals with permission of the court.

4. Any documents containing CONFIDENTIAL information that have been forwarded or otherwise disseminated to any third party, including but not limited to Plaintiff's family members, shall be identified by Plaintiff within thirty (30) days of this Entry Order and Plaintiff shall take all reasonable steps to ensure the deletion and non-dissemination of such material including, *inter alia*, by confirming that the third party has deleted and does

not possess such documents.

5. To the extent that Plaintiff seeks to retain "personal" documents that are not relevant to this litigation, she must submit a list of those documents to Defendant for its approval within thirty (30) days of this Entry Order. The court will review *in camera* any disputed documents.

6. The court shall modify this Entry Order only with the parties' mutual written consent or based upon a finding of good cause. Failure to adhere to the provisions of this Entry Order may result in the imposition of sanctions.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 17th day of March, 2021.

Christina Reiss, District Judge
United States District Court